UNITED STATES DISTRICT COURT
Southern District of Florida

10-6024-RSR

UNITED STATES OF AMERICA ) Case Number: CR ~~09-345~~
                  Plaintiff )
                             ) REPORT COMMENCING CRIMINAL
         -vs-                )            ACTION
                             )
STEPHEN G. GIORDANELLA       )    91318-004
         Defendant                USMS NUMBER

*******************************************************************

TO: Clerk's Office   MIAMI   FT. LAUDERDALE   W. PALM BEACH
    U.S. District Court            FT. PIERCE
                         (circle one of above)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE.

*******************************************************************

All items are to be completed. Information not applicable or unknown will be indicated "N/A".

(1) Date and Time of Arrest: 1/18/10   am/**pm**

(2) Language Spoken: English

(3) Offense(s) Charged: Conspiracy to Commit Money Laund.

(4) U.S. Citizen [✓] Yes   [ ] No   [ ] Unknown

(5) Date of Birth: __ - __ - 59

(6) Type of Charging Document: (check one)
    [✓] Indictment   [ ] Complaint to be filed/already filed
    Case# _____

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: Las Vegas Nevada

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ] YES   [ ] NO

Amount of Bond: $ _____
Who set Bond: _____

(7) Remarks: _____

(8) Date: 1/19/10   (9) Arresting Officer: Stout

(10) Agency: FBI   (11) Phone: 305-787-6480

(12) Comments: _____